JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DIAZ MORENO, | ) | Case No. CV 15-8036-CJC (KK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. HOLLAND, | ) | |
| Respondent. | ) | |

In accordance with the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED: January 7, 2016   _____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1